**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EUGENE SCALIA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | : : : | |
| | : | CIVIL ACTION |
| Plaintiff, | : : | No. 20-4265 |
| v. | : : | |
| BENE MARKET, LLC, et al, | : : | |
| Defendants. | | |

**ORDER**

**AND NOW**, this  5ᵗʰ  day of February, 2021, it is hereby **ORDERED** that a telephone

discovery conference shall be held on February 10, 2021, at 2:30 p.m. Counsel for Plaintiff shall

provide a telephone conference number that the Court and all parties can dial into at the time of

the call.

**BY THE COURT:**


**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.