# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EUGENE SCALIA, SECRETARY OF            :
LABOR, UNITED STATES DEPARTMENT   :
OF LABOR,                               :
                                        :     CIVIL ACTION
          Plaintiff,                    :
                                        :     No. 20-4265
                                        :
     v.                                 :
                                        :
BENE MARKET, LLC, et al,                :
                                        :
          Defendants.

## ORDER

**AND NOW**, this 10th day of February, 2021, after a telephone conference with

counsel, it is hereby **ORDERED** that all fact discovery shall be completed by April 16, 2021.

**BY THE COURT:**


/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.