**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SECRETARY OF LABOR, | : |
| UNITED STATES DEPARTMENT OF LABOR | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : Civil Action No. 5:20-cv-4265 |
| | : |
| BENE MARKET, LLC, NATIONAL BROKERS OF: | JURY TRIAL DEMANDED |
| AMERICA, INC., ALAN REDMOND, | : |
| and STEPHANIE MILLER | : |
| | : |
| **Defendants** | : |

## MOTION TO WITHDRAW AS COUNSEL

*COMES NOW,* Joseph T. Bambrick, Jr. Esquire, counsel for Bene Market who files this Motion to Withdraw as Counsel and in support thereof says:

1.     Reconcile differences have arisen between counsel and the defendant.

2.     The Defendant has requested that counsel withdraw in this matter.

*WHEREFORE,* for all the above reasons, Counsel respectfully prays this Honorable Court to grant the following:

A.     the Defendants request to withdraw as counsel in the above matter: and

B.    Such other relief as this Court deems fitting and just.

**Respectfully Submitted By,**

**Date:** _February 23, 2021__    _/s/Joseph Bamrbrick_____
Joseph T. Bambrick Jr. Esquire
Attorney ID 45112
529 Reading Avenue
West Reading, PA 19611
Phone: (610) 372-6400
Fax:    (610) 372-9483