**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EUGENE SCALIA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | : : : : | |
| Plaintiff, | : : : | CIVIL ACTION No. 20-4265 |
| v. | : : | |
| BENE MARKET, LLC, et al, | : : | |
| Defendants. | | |

**ORDER**

**AND NOW**, this   23rd    day of February, 2021, upon review of the Motion to

Withdraw as Attorney filed by counsel for Defendants, it is hereby **ORDERED** as follows:

1.  A hearing shall be held on the motion to withdraw as counsel on March 18,

2021, at 11:00 a.m. in the courtroom of the undersigned, The Gateway Building, 201 Penn Street,

5th floor, Reading, Pennsylvania;

2.  Defendants' attorney shall serve a copy of this order upon Defendants, who

shall appear at said hearing if they wish to be heard on the motion to withdraw; and

3.  The telephone conference previously set for March 3, 2021, shall be held

as scheduled.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.