**IN THE UNITED STATES DISTRCIT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EUGENE SCALIA, SCRETARY OF LABOR   :
LABOR, UNITED STATES DEPARTMENT   :
OF LABOR,   :
               Plaintiff   : Civil Action No. 5:20-cv-04265
       v.   :
   :
BENE MARKET, LLC, et al.,   :
             Defendants   :

<u>**NOTICE OF APPEARANCE**</u>

TO THE CLERK:

    Kindly enter the appearance of William R. Rush, Esquire as counsel for Defendants,

Bene Market, LLC and Alan Redmond in the above-captioned case.

                      Respectfully submitted,

                      **RUSH LAW GROUP, LLC**

      **By:**    <u>**/s/ William Rush, Esquire**</u>
                William Rush, Esquire
                Attorney I.D. 209596
                38 N. 6th Street, P.O. Box 758
                Reading, PA 19603-758
                Ph. 610-413-5337
                Fax: 610-927-6219

**IN THE UNITED STATES DISTRCIT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EUGENE SCALIA, SCRETARY OF LABOR LABOR, UNITED STATES DEPARTMENT OF LABOR, | : : : |
| Plaintiff | : Civil Action No. 5:20-cv-04265 |
| v. | : |
| | : |
| BENE MARKET, LLC, et al., | : |
| Defendants | : |

**CERTIFICATE OF SERVICE**

I, William Rush, Esquire, certify that a true and correct copy of the Entry of Appearance

has been filed electronically this 25th day of February, 2021 with the Clerk of Court using the

CM/ECF system, which will send notifications of such to all counsel of record, indicated below:

**Elena Goldstein, Deputy Solicitor of Labor and**
**Jennifer Bluer, Trial Attorney**
**bluer.jennifer.l@dol.gov**
**U.S. DEPARTMENT OF LABOR Attorneys for Plaintiff**

**Oscar L. Hampton III**
**Regional Solicitor, Office of the Solicitor**
**U.S. Department of Labor**
**1835 Market Street**
**Philadelphia, PA 19103**

Respectfully submitted,

**RUSH LAW GROUP, LLC**

By:     **/s/ William Rush, Esquire**
William Rush, Esquire
Attorney I.D. 209596
38 N. 6th Street, P.O. Box 758
Reading, PA 19603-758
Ph. 610-413-5337
Fax: 610-927-6219