**IN THE UNITED STATES DISTRCIT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EUGENE SCALIA, SCRETARY OF LABOR      :
LABOR, UNITED STATES DEPARTMENT      :
OF LABOR,      :
                 Plaintiff      : Civil Action No. 5:20-cv-04265
       v.      :
     :
BENE MARKET, LLC, et al.,      :
               Defendants      :

## <u>NOTICE OF APPEARANCE</u>

TO THE CLERK:

Kindly enter the appearance of William R. Rush, Esquire as counsel for Defendants,

National Brokers of America, Inc. and Stephanie Miller in the above-captioned case.

            Respectfully submitted,

            **RUSH LAW GROUP, LLC**

**By:**     <u>**/s/ William Rush, Esquire**</u>
            William Rush, Esquire
            Attorney I.D. 209596
            38 N. 6th Street, P.O. Box 758
            Reading, PA 19603-758
            Ph. 610-413-5337
            Fax: 610-927-6219

**IN THE UNITED STATES DISTRCIT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EUGENE SCALIA, SCRETARY OF LABOR | : |
| LABOR, UNITED STATES DEPARTMENT | : |
| OF LABOR, | : |
| Plaintiff | : Civil Action No. 5:20-cv-04265 |
| v. | : |
| | : |
| BENE MARKET, LLC, et al., | : |
| Defendants | : |

**CERTIFICATE OF SERVICE**

I, William Rush, Esquire, certify that a true and correct copy of the Entry of Appearance

has been filed electronically this 16th day of March, 2021 with the Clerk of Court using the

CM/ECF system, which will send notifications of such to all counsel of record, indicated below:

**Elena Goldstein, Deputy Solicitor of Labor and**
**Jennifer Bluer, Trial Attorney**
**bluer.jennifer.l@dol.gov**
**U.S. DEPARTMENT OF LABOR Attorneys for Plaintiff**

**Oscar L. Hampton III**
**Regional Solicitor, Office of the Solicitor**
**U.S. Department of Labor**
**1835 Market Street**
**Philadelphia, PA 19103**

Respectfully submitted,

**RUSH LAW GROUP, LLC**

By:     **/s/ William Rush, Esquire**
William Rush, Esquire
Attorney I.D. 209596
38 N. 6th Street, P.O. Box 758
Reading, PA 19603-758
Ph. 610-413-5337
Fax: 610-927-6219