**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EUGENE SCALIA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | : : : : | |
| Plaintiff, | : : | CIVIL ACTION<br><br>No. 20-4265 |
| v. | : : | |
| BENE MARKET, LLC, et al, | : : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this  18th    day of March, 2021, after a telephone conference with counsel,

it is hereby **ORDERED** as follows:

1.  All discovery shall be completed by April 30, 2021; and

2.  A telephone status conference shall be held on April 1, 2021, at 11:30 a.m. Counsel

    for Plaintiff shall provide a telephone conference number that the Court and all

    parties can dial into at the time of the call.

**BY THE COURT:**


**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.