**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SECRETARY OF LABOR, | : |
| UNITED STATES DEPARTMENT OF LABOR | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 5:20-cv-4265 |
| | : |
| BENE MARKET, LLC, NATIONAL BROKERS OF | : JURY TRIAL DEMANDED |
| AMERICA, INC., ALAN REDMOND, | : |
| and STEPHANIE MILLER | : |
| | : |
| Defendants | : |

## <u>ORDER</u>

*AND NOW* this __18__ day of ~~February~~ March, 2021 upon Consideration of the Motion to Withdraw as Counsel, and the request by the defendant that he do so, the Motion to Withdraw as Counsel is **GRANTED**.

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
HONORABLE JEFFREY L. SCHMEHL