## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EUGENE SCALIA, SECRETARY OF    :
LABOR, UNITED STATES DEPARTMENT   :
OF LABOR,    :
       :    CIVIL ACTION
         Plaintiff,    :
       :    No. 20-4265
       v.    :
       :
BENE MARKET, LLC, et al,    :
       :
         Defendants.

## ORDER

**AND NOW**, this   8ᵗʰ    day of April, 2021, upon receipt of a status report from

Plaintiff's counsel, it is hereby **ORDERED** as follows:

1.  All discovery shall be completed by May 7, 2021; and

2.  A telephone status conference shall be held on May 13, 2021, at 11:30 a.m.

Counsel for Plaintiff shall provide a telephone conference number that the Court and all parties

can dial into at the time of the call.

**BY THE COURT:**


 **/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.