## IN THE UNITED STATES DISTRCIT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EUGENE SCALIA, SCRETARY OF LABOR    :
LABOR, UNITED STATES DEPARTMENT    :
OF LABOR,    :
                 Plaintiff    : Civil Action No. 5:20-cv-04265
      v.    :
    :
BENE MARKET, LLC, et al.,    :
         Defendants    :

## DEFENDANTS' MOTION TO EXTEND DEADLINE FOR DISCOVERY

1.      Per Order of this Honorable Court, the deadline to complete discovery is May 7, 2021.

2.      Due to Defendants' failure to produce a witness/witnesses competent to testify regarding each of the topics listed on the 30(b)(6) notice on the day of the deposition, and Defendants' failure to produce the documents requested in discovery, the 30(b)(6) deposition has to be postponed. Coupled with current illnesses within the corporate Defendant, Bene Market, it is necessary to extend the discovery deadline in this matter for thirty (30) days to **June 6, 2021**.

3.      Defendant has agreed to pay the court reporter costs for all rescheduled depositions, and will notify the Court Reporting Service that Defendants shall bear the "questioning party costs" for transcripts instead of Plaintiff bearing such costs. A copy of the attached Order will be provided to the court reporting service in advance of depositions to ensure proper charging for all post May 6, 2021 depositions.

4.      All written discovery requested by Plaintiff and producible by Defendants must be produced by **May 12, 2021** or face a Petition for costs (calculated based upon the custom rate set forth by the Department of Labor) and additional sanctions for this Court to Consider.

5.      The depositions of the Rule 30(b)(6) witness(es), Arthur Walsh and Alan C. Redmond shall be scheduled by counsel for the parties for 3 to 4 different days between May 17, 2021 and May 28, 2021 as they agree after coordinating schedules.

Respectfully submitted,

**RUSH LAW GROUP, LLC**

**By:**      **/s/ William Rush**
William R.A. Rush, Esq.
38 N. 6th Street
Reading, PA 19601