**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EUGENE SCALIA, SECRETARY OF          :
LABOR, UNITED STATES DEPARTMENT      :
OF LABOR,                            :
                              :  CIVIL ACTION
        Plaintiff,                   :
                              :  No. 20-4265
                              :
        v.                           :
                              :
BENE MARKET, LLC, et al,             :
                              :
        Defendants.

## ORDER

**AND NOW**, this  11th  day of May, 2021, it is hereby **ORDERED** that the telephone status conference previously scheduled for May 13, 2021, is continued to June 9, 2021, at 10:00 a.m. Counsel for Plaintiff shall provide a telephone conference number that the Court and all parties can dial into at the time of the call.

                                       **BY THE COURT:**

                                       **/s/ Jeffrey L. Schmehl**
                                       Jeffrey L. Schmehl, J.