## IN THE UNITED STATES DISTRCIT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EUGENE SCALIA, SCRETARY OF LABOR          :
LABOR, UNITED STATES DEPARTMENT           :
OF LABOR,                                 :
                    Plaintiff          : Civil Action No. 5:20-cv-04265
     v.                                  :
                              :
BENE MARKET, LLC, et al.,                  :
               Defendants          :

### ORDER

    **AND NOW**, this _11_ Day of May, 2021, upon consideration of Defendants' Motion to Extend Deadline for Discovery, it is hereby **ORDERED** that said Motion is **GRANTED**. The deadline for completion of discovery in this case is moved to June 6, 2021.

    **IT IS FURTHER ORDERED** that all written discovery requested by Plaintiff and producible by Defendants must be produced by **May 12, 2021** or face a Petition for costs (calculated based upon the custom rate set forth by the Department of Labor) and additional sanctions for this Court to Consider.

    **SO ORDERED.**

                            BY THE COURT

                            /s/ Jeffrey L. Schmehl
                            Schmehl, J.