**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EUGENE SCALIA, SECRETARY OF　　　:
LABOR, UNITED STATES DEPARTMENT　:
OF LABOR,　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:　　CIVIL ACTION
　　　　　　Plaintiff,　　　　　　:
　　　　　　　　　　　　　　　　　:　　No. 20-4265
　　v.　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
BENE MARKET, LLC, et al,　　　　:
　　　　　　　　　　　　　　　　　:
　　　　　　Defendants.

**ORDER**

**AND NOW**, this   9th    day of June, 2021, it is hereby **ORDERED** as follows:

1.  All discovery in this matter shall be completed by July 16, 2021; and

2.  A hearing shall be held on Plaintiff's Motion for Sanctions on June 30, 2021, at 1:30

p.m. in the courtroom of the undersigned, 201 Penn Street, The Gateway Building, 5th floor,

Reading, Pennsylvania.

**BY THE COURT:**


*/s/ Jeffrey L. Schmehl*_____
Jeffrey L. Schmehl, J.