**IN THE UNITED STATES DISTRCIT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EUGENE SCALIA, SCRETARY OF LABOR :
LABOR, UNITED STATES DEPARTMENT :
OF LABOR, :
                       Plaintiff       : Civil Action No. 5:20-cv-04265
    v. :
                                  :
BENE MARKET, LLC, et al., :
                 Defendants :

<u>**ORDER**</u>

**AND NOW**, this ___ Day of June, 2021, upon consideration of Plaintiff's Motion to for

Costs and Other Sanctions, it is hereby **ORDERED** that said Motion is **GRANTED IN PART**

and **DENIED IN PART**.

Defendants shall pay for the deposition costs associated with booking, transcription and

stenographic services. Defendants shall pay the court costs for the filing of this Motion for

Sanctions, and Plaintiff's reasonable attorney's fees associated with compelling discovery

responses only. Namely, the fees and costs for obtaining discovery from Defendants directly,

including through this Motion and associated costs.

    **SO ORDERED.**

                                   BY THE COURT

                                   _____

                                   Schmehl, J.

**IN THE UNITED STATES DISTRCIT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EUGENE SCALIA, SCRETARY OF LABOR LABOR, UNITED STATES DEPARTMENT OF LABOR, | : : : |
| Plaintiff | : Civil Action No. 5:20-cv-04265 |
| v. | : |
| | : |
| BENE MARKET, LLC, et al., | : |
| Defendants | : |

**DEFENDANTS' REPLY TO PLAINTIFF'S MOTION FOR
COSTS AND OTHER SANCTIONS**

Defendants have been unable, to date, to produce all requested discovery. However, Defendants have acted in good faith in their attempts to provide all such documents in their possession.

1. Admitted. By way of further response, Defendants did not refuse to respond but failed to do so.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted in part. Defendants have since produced more than 100,000 pages of discovery. However, additional discovery is still needed to produce. Defendants are working to do so in good faith.

7. Admitted in part. Defendants have since produced more than 100,000 pages of discovery. However, additional discovery is still needed to produce. Defendants are working to do so in good faith.

8.      Admitted in part. Defendants have since produced more than 100,000 pages of discovery. However, additional discovery is still needed to produce. Defendants are working to do so in good faith.

9.      Admitted. Defendants have taken all efforts to reimburse the government for costs associated with the necessary rescheduling, and continues to do so in good faith.

**II.     Relief Sought – Costs and Additional Sanctions**

*a.     Costs*

10.      Admitted upon information and belief. By way of further response, Defendants feel only time spent specifically addressing discovery issues be considered. Defendants have no reason to dispute the amount of time spent on discovery set forth by Plaintiff. Defendants ask only that the Court consider the three (or more) other active litigation matters ongoing against these Defendants, the temporary seizure of Bene Market, LLC's bank account as a result of a New York judgment transferred to Pennsylvania in a fourth matter, and the limited resources of Defendants to attend to all such issues in determining sanctions.

*b. Additional Sanctions are Not Warranted*

11.      Admitted as to the factors involved in *Poulis*.

12.      Denied. While Mr. Redmond did make the statements, he did so with clear optimism and "puffery". It was, in fact, not entirely within Defendants' control to produce the documents. Some required substantial time and effort to locate for a variety of reasons, including location, the different corporate entities involved, and high employee/executive turnover over the five-year period involved. While Plaintiff's case is taking longer as a result, it is not prejudiced. 100,000 pages have been produced since this motion, and more are forthcoming. Defendant is working as fast as possible to provide these documents. Defendants have participated in seven

(7) depositions and committed to at least two (2) more. Defendants continue to produce document discovery as quickly as possible.

Defendants are operating in good faith. The task is daunting and covers two businesses, multiple technological platforms, three locations, hundreds of individuals, is occurring contemporaneously with at least three active lawsuits in Pennsylvania alone, and is occurring while a highly active business is attempting to stay afloat. The discovery is taking a substantial amount of time, but Defendants are acting in good faith and as best they can to produce the documents requested.

Defendants should still be permitted to raise a defense. The documents provided so far, and to be provided, are voluminous and complicated. They will take substantial time to go through, and would have taken substantial time to go through had they been able to provide them immediately. Defendants have missed discovery deadlines, but they have acted in good faith to provide full discovery responses and thorough testimony and will continue to do so.

Respectfully submitted,

**RUSH LAW GROUP, LLC**

**By:**    **/s/ William Rush**
William R.A. Rush, Esq.
38 N. 6th Street
Reading, PA 19601

**IN THE UNITED STATES DISTRCIT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EUGENE SCALIA, SCRETARY OF LABOR LABOR, UNITED STATES DEPARTMENT OF LABOR, | : <br> : <br> : |
| Plaintiff | : Civil Action No. 5:20-cv-04265 |
| v. | : |
| | : |
| BENE MARKET, LLC, et al., | : |
| Defendants | : |

## CERTIFICATE OF SERVICE

I, William Rush, Esquire, certify that a true and correct copy of the Defendants'

Amended Motion to Extend Discovery Deadline has been delivered electronically this 30th day

of June, 2021 to the counsel of record indicated below:

**Jennifer Bluer, Trial Attorney**
**bluer.jennifer.l@dol.gov**
**U.S. DEPARTMENT OF LABOR Attorneys for Plaintiff**

Respectfully submitted,

**RUSH LAW GROUP, LLC**

By:     **/s/ William Rush, Esquire**
William Rush, Esquire
PA Attorney I.D. 209596
38 N. 6th Street, P.O. Box 758
Reading, PA 19603-758
Ph. 610-413-5337
Fax: 610-927-6219