**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARTIN J. WALSH, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BENE MARKET, LLC, NATIONAL BROKERS OF AMERICA, INC., ALAN REDMOND, and STEPHANIE MILLER<br><br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  5:20-cv-04265

JURY TRIAL DEMANDED

**JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

The parties respectfully request that the discovery deadline in this matter be extended through to September 3, 2021, and Plaintiff offers the following information in support of this Motion:

1.  In an Order dated June 9, 2021 the Court extended the current discovery deadline to July 16, 2021.

2.  The parties had scheduled the remaining depositions in this case for June 24 and 28, 2021.  However, after Defendants produced a large number of documents on June 22, those depositions were postponed to give Plaintiff's counsel time to review the additional documents.

3.  Defendants produced more documents on June 29, 2021, and represented in the hearing on June 30 that additional responsive documents will be forthcoming.

4.  Plaintiff also intends to serve a third-party subpoena for documents to Defendants' accountant, and anticipates the responding party will need at least 30 days to produce the requested records.

5. In addition, Plaintiff will be out of the office on July 7 through July 16, 2021, for her two-and-a-half year old son's surgery and recovery, and again on July 28 through 30, while her toddler has a medical procedure.

6. For these reasons, Plaintiff's counsel will be unable to conduct the remaining depositions by the July 16, 2021 close of discovery.  Moreover, Plaintiff's depositions would be far more productive if they were to take place after the remaining documents have been produced and after Plaintiff's counsel has had time to review them.

7. For these reasons, Plaintiff respectfully requests that the discovery deadline in this case be extended through September 3, 2021. Defense counsel joins in this Motion.

Respectfully submitted,

Post Office Address:

Oscar L. Hampton III
Regional Solicitor
Office of the Solicitor
U.S. Department of Labor
1835 Market Street
Philadelphia, PA 19103
Fax: (215) 861-5162

Date:  July 1, 2021

Elena Goldstein
Deputy Solicitor of Labor

*/s/ Jennifer L. Bluer*
Jennifer Bluer
Trial Attorney
bluer.jennifer.l@dol.gov
(215) 861-5146

U.S. DEPARTMENT OF LABOR
Attorneys for Plaintiff