**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARTIN J. WALSH, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, ) ) ) | |
| Plaintiff, ) | Civil Action No.  5:20-cv-04265 |
| ) | |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| BENE MARKET, LLC, NATIONAL BROKERS OF AMERICA, INC., ALAN REDMOND, and STEPHANIE MILLER ) ) ) | |
| ) | |
| Defendants. ) ) | |

**ORDER**

Upon consideration of the parties' Joint Motion for Extension of Time to Complete

Discovery, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**

and all discovery in this matter will be completed on or before September 3, 2021.

**SO ORDERED.**

BY THE COURT:

July 2, 2021                                      /s/ Jeffrey L. Schmehl
_____          _____
Date                                                 HON. Jeffrey L. Schmehl