## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARTIN J. WALSH, SECRETARY OF     :
LABOR, UNITED STATES DEPARTMENT   :
OF LABOR,                           :
                                     :    CIVIL ACTION
          Plaintiff,            :
                                       :    No. 20-4265
                                       :
      v.                              :
                                       :
BENE MARKET, LLC, et al,          :
                                       :
          Defendants.

## ORDER

**AND NOW**, this 19ᵗʰ day of July, 2021, upon review of Plaintiff's Motion for Sanctions, Defendants' response thereto, the parties' stipulation as to documents that Defendants have failed to produce, and after a hearing being held on said motion, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Sanctions (Docket No. 31) is **GRANTED** in part and **DENIED** in part;

2. Plaintiff's Motion for Sanctions is **GRANTED** only to the extent it seeks monetary sanctions for Defendants' failure to produce documents. Defendants are sanctioned in the amount of $5,000 for each and every week that all the documents listed in the parties' stipulation are not produced, beginning on Friday, July 23, 2021. If all documents are not produced by Friday, July 23, 2021, Defendants shall pay Plaintiff the sum of $5,000. That sum will continue to accrue every week until all documents listed in the parties' stipulation are produced to Plaintiff. Defendants shall be barred from using as evidence at the trial of this matter any documents not produced by July 30, 2021;

3.  Plaintiff's Motion for Sanctions is also **GRANTED** only to the extent it seeks costs for Defendants' discovery abuses. Defendants shall pay Plaintiff the sum of $2,500 for Plaintiff's costs in filing discovery motions;

4.  Plaintiff's Motion for Sanctions is **DENIED** in all other respects; and

5.  Plaintiff's Motion to Compel (Docket No. 16) is **DENIED** as moot.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
Jeffrey L. Schmehl, J.