**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARTIN J. WALSH, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 5:20-cv-04265 |
| v. | ) ) ) | JURY TRIAL DEMANDED |
| BENE MARKET, LLC, NATIONAL BROKERS OF AMERICA, INC., ALAN REDMOND, and STEPHANIE MILLER | ) ) ) ) | |
| Defendants. | ) ) | |

**UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE**

Plaintiff respectfully requests that the September 3, 2021 deadline to complete discovery be extended for Plaintiff, and Defendants stipulate to the requested extension. In support of this request, Plaintiff states as follows:

1.  In an Order dated July 2, 2021 the Court extended the current discovery deadline to September 3, 2021.

2.  The parties had scheduled the remaining depositions in this matter to take place on August 31 through September 2, 2021, however, Defendants have failed to produce <u>any</u> of the documents listed in the Joint Stipulation and that were the subject of the Court's July 19, 2021 Order imposing sanctions upon Defendants (ECF 38).

3.  Since Plaintiff seeks to authenticate documents and question Defendants' corporate representatives regarding their unlawful pay practices using said documents, Plaintiff cannot go forward without the requested documents.

4. Plaintiff has also served a third-party subpoena for documents to Defendants' accountant, however, those documents are also still outstanding. Plaintiff's counsel was contacted by accountants' attorney on August 18, 2021, at which time counsel stated he was newly retained and his schedule would not permit the accountants to respond by the August 19, 2021 deadline. Plaintiff's counsel is still coordinating with the attorneys regarding the timing of their client's response.

5. For these reasons, Plaintiff's counsel will be unable to conduct the remaining depositions by the September 3, 2021 close of discovery and Plaintiff respectfully requests that the discovery deadline in this case be extended through October 30, 2021.

6. The hearing date in this matter has yet to be scheduled, as such the requested extension will not result in undue delay or require postponement of the trial.

7. Defense counsel has no objection to this request, and will stipulate to the extension of the deadline for Plaintiff to complete discovery.

Respectfully submitted,

Post Office Address:

Oscar L. Hampton III
Regional Solicitor
Office of the Solicitor
U.S. Department of Labor
1835 Market Street
Mailstop 22/SOL
Philadelphia, PA 19103
Fax: (215) 861-5162

Seema Nanda
Solicitor of Labor

*/s/ Jennifer L. Bluer*
Jennifer Bluer
Trial Attorney
bluer.jennifer.l@dol.gov
(215) 861-5146

U.S. DEPARTMENT OF LABOR
Attorneys for Plaintiff

Date: August 30, 2021