**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARTIN J. WALSH, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, ) ) ) | |
| Plaintiff, ) | Civil Action No.  5:20-cv-04265 |
| ) | |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| BENE MARKET, LLC, NATIONAL BROKERS OF AMERICA, INC., ALAN REDMOND, and STEPHANIE MILLER ) ) ) ) | |
| Defendants. ) ) | |

## ORDER

Upon consideration of Plaintiff's Unopposed Motion to Extend Discovery Deadline, and

for good cause shown, it is hereby **ORDERED** that all discovery in this matter will be

completed on or before October 30, 2021.

**SO ORDERED.**

BY THE COURT:

 9/1/2021 
Date

 /s/ Jeffrey L. Schmehl 
HON. Jeffrey L. Schmehl