# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARTIN J. WALSH, SECRETARY OF    :
LABOR, UNITED STATES DEPARTMENT  :
OF LABOR,                                  :

                    :    CIVIL ACTION

       Plaintiff,         :

                    :    No. 20-4265

     v.                  :

BENE MARKET, LLC, et al,      :

       Defendants.

## ORDER

    **AND NOW**, this  29th  day of November, 2021, it is hereby **ORDERED** that a

telephone status conference shall be held in this matter on December 29, 2021, at 2:00 p.m. The

parties shall dial in to the conference at 888-204-5984 and use access code 3221457.

                      **BY THE COURT:**

                      **/s/ Jeffrey L. Schmehl**
                      Jeffrey L. Schmehl, J.