IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTIN J. WALSH, SECRETARY OF LABOR<br>UNITED STATES DEPARTMENT OF LABOR, | ) )<br>) | |
| Plaintiff, | ) | Civil Action No.  5:20-cv-04265 |
| | ) | |
| v. | ) | |
| | ) | |
| BENE MARKET, LLC, NATIONAL<br>BROKERS OF<br>AMERICA, INC., ALAN REDMOND,<br>and STEPHANIE MILLER | ) )<br>) )<br>) )<br>) ) | |
| | ) | |
| Defendants. | ) | |

TO THE CLERK:

Kindly enter my appearance on behalf of Defendants, Bene Market, LLC, National Brokers

of America, Inc., Alan Redmond and Stephanie Miller, in the above-captioned matter.

Dated:  December 23, 2021                        **FOX ROTHSCHILD LLP**


By:    /s/ Colin D. Dougherty
Colin D. Dougherty
cdougherty@foxrothschild.com
10 Sentry Parkway, Suite 200
P.O. Box 3001
Blue Bell, PA 19422-3001
phone: 610-397-6500
fax: 610-397-0450

***Attorney for Defendants***

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Entry of Appearance was served on the date indicated below upon all counsel of record via the U.S. District Court ECF filing system.

Date: December 23, 2021                    **FOX ROTHSCHILD LLP**


By:    */s/* Colin D. Dougherty
       Colin D. Dougherty