IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTIN J. WALSH, SECRETARY OF LABOR UNITED STATES DEPARTMENT OF LABOR, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.  5:20-cv-04265 |
| v. | ) ) ) | |
| BENE MARKET, LLC, NATIONAL BROKERS OF AMERICA, INC., ALAN REDMOND, and STEPHANIE MILLER | ) ) ) ) ) ) | |
| Defendants. | ) | |

TO THE CLERK:

Kindly enter my appearance on behalf of Defendants, Bene Market, LLC, National Brokers

of America, Inc., Alan Redmond and Stephanie Miller, in the above-captioned matter.

Dated:  December 23, 2021

**FOX ROTHSCHILD LLP**

/s/ Eric E. Reed
Eric E. Reed, Esquire
2000 Market Street, 20th Floor
Philadelphia, PA  19103
(215) 299-2000
ereed@foxrothschild.com
***Attorney for Defendants***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Entry of Appearance was served on the date indicated below upon all counsel of record via the U.S. District Court ECF filing system.

Dated: December 23, 2021          **FOX ROTHSCHILD LLP**

By:    */s/* Eric E. Reed
        Eric E. Reed