**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MARTIN J. WALSH, SECRETARY OF          :
LABOR, UNITED STATES DEPARTMENT    :
OF LABOR,                                              :
                                                              :      CIVIL ACTION
            Plaintiff,                                   :
                                                              :      No. 20-4265
                                                              :
       v.                                                   :
                                                              :
BENE MARKET, LLC, et al,                   :
                                                              :
            Defendants.

**ORDER**

**AND NOW**, this 27th day of December, 2021, it is hereby **ORDERED** that the telephone

status conference previously scheduled for December 29, 2021 is rescheduled to **Thursday,**

**January 13, 2022 at 10:30 a.m.** The parties shall dial in to the conference at 888-204-5984 and

use access code 3221457.

                                              **BY THE COURT:**


                                              **/s/ Jeffrey L. Schmehl**
                                              Jeffrey L. Schmehl, J.