**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MARTIN J. WALSH, SECRETARY OF          :
LABOR, UNITED STATES DEPARTMENT  :
OF LABOR,                                              :
                                                              :     CIVIL ACTION
        Plaintiff,                               :
                                                              :     No. 20-4265
                                                              :
    v.                                                     :
                                                              :
BENE MARKET, LLC, et al,                   :
                                                              :
        Defendants.

## ORDER

    **AND NOW**, this   13th   day of January, 2022, it is hereby **ORDERED** that a status

conference shall be held in this matter via zoom on January 27, 2022, at 2:00 p.m. The Court will

provide the parties with a video link in advance of the conference.

                               **BY THE COURT:**

                               **/s/ Jeffrey L. Schmehl**
                               Jeffrey L. Schmehl, J.