**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARTIN J. WALSH, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.  5:20-cv-04265 |
| v. | ) ) ) | JURY TRIAL DEMANDED |
| BENE MARKET, LLC, NATIONAL BROKERS OF AMERICA, INC., ALAN REDMOND, and STEPHANIE MILLER | ) ) ) ) | |
| Defendants. | ) ) | |

**UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY**

Plaintiff respectfully requests that the Court extend the seven-day deadline for Plaintiff to file a Reply to Defendant's Response in Opposition to Plaintiff's Second Motion for Sanctions. In support of this request, Plaintiff states as follows:

1. On December 23, 2021, Plaintiff filed a Second Motion for Sanctions in this matter (ECF 44).

2. Defendants filed their Response in Opposition to Plaintiff's Motion for Sanctions on January 13, 2022 (ECF 47).

3. This Court permits replies to be filed within seven days.  Thus, the deadline for Plaintiff to file a reply to Defendant's Response in Opposition to Plaintiff's Second Motion for Sanctions is Thursday, January 20, 2022.

4. Plaintiff respectfully requests an additional week to submit a reply to Defendant's opposition.  Monday, January 17, 2022, was a federal holiday, which reduced the number of working days for Plaintiff to respond from five to four.  On Tuesday, January 18, Plaintiff's counsel learned that her children's daycare would be

closing for the rest of the week due to staff shortages, and so she is unexpectedly out of the office for the rest of the week.

5.  This short extension will not result in undue delay.

6.  Defense counsel has no objection to this Motion.

For good cause shown, Plaintiff respectfully requests that this Motion for a short extension of time to file a reply be granted.

Respectfully submitted,

Post Office Address:

Oscar L. Hampton III
Regional Solicitor
Office of the Solicitor
U.S. Department of Labor
1835 Market Street
Mailstop 22/SOL
Philadelphia, PA 19103
Fax: (215) 861-5162

Seema Nanda
Solicitor of Labor

*/s/ Jennifer L. Bluer*
Jennifer Bluer
Trial Attorney
bluer.jennifer.l@dol.gov
(215) 861-5146

U.S. DEPARTMENT OF LABOR
Attorneys for Plaintiff

Date:  January 19, 2022