**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARTIN J. WALSH, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,  ) ) ) | |
| Plaintiff,  ) ) | Civil Action No.  5:20-cv-04265 |
| v.  ) ) ) | JURY TRIAL DEMANDED |
| BENE MARKET, LLC, NATIONAL BROKERS OF AMERICA, INC., ALAN REDMOND, and STEPHANIE MILLER  ) ) ) ) | |
| Defendants.  ) ) | |

**ORDER**

Upon consideration of Plaintiff's Unopposed Motion to Extend Time to File Reply, and

for good cause shown, it is hereby **ORDERED** that Plaintiff's reply to Defendant's Response in

Opposition to Plaintiff's Second Motion for Sanctions be filed on or before January 27, 2022.

**SO ORDERED.**

BY THE COURT:

January 19, 2022
_____
Date

/s/ Jeffrey L. Schmehl
_____
HON. Jeffrey L. Schmehl