**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MARTIN J. WALSH, SECRETARY OF          :
LABOR, UNITED STATES DEPARTMENT   :
OF LABOR,                                               :
                                                               :     CIVIL ACTION
              Plaintiff,                              :
                                                               :     No. 20-4265
         v.                                               :
                                                               :
BENE MARKET, LLC, et al,                    :
                                                               :
              Defendants.

**ORDER**

**AND NOW**, this  28ᵗʰ  day of January, 2022, after a status conference with counsel, it is

hereby **ORDERED** as follows:

    1.   Defendants shall continue with document production;

    2.   Counsel shall meet and confer regarding discovery issues within three (3) weeks of

the date of this order; and

    3.   A status conference shall be held in this matter via zoom on Feb 23, 2022, at 11:00

a.m. The Court will provide the parties with a video link in advance of the conference.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.