**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARTIN J. WALSH, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | : : : | |
| | : | CIVIL ACTION |
| Plaintiff, | : : | No. 20-4265 |
| v. | : : | |
| BENE MARKET, LLC, et al, | : : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 11th day of February, 2022, it is hereby **ORDERED** that the status conference to be held in this matter via zoom previously scheduled for February 23, 2022 is rescheduled to **Monday, February 28, 2022 at 1:30 p.m.** The Court will provide the parties with a video link in advance of the conference.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.