**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MARTIN J. WALSH, SECRETARY OF     :
LABOR, UNITED STATES DEPARTMENT   :
OF LABOR,                       :
                                :    CIVIL ACTION
        Plaintiff,              :
                                  :    No. 20-4265
                                  :
    v.                             :
                                  :
BENE MARKET, LLC, et al,        :
                                  :
        Defendants.

**ORDER**

     **AND NOW**, this  1ˢᵗ   day of March, 2022, after a status conference with counsel, it is

hereby **ORDERED** as follows:

     1.   Defendants shall produce all remaining documents in their possession responsive to

Plaintiff's requests within the next three (3) weeks;

     2.   The discovery deadline shall be extended and all discovery shall be completed by

June 30, 2022; and

     3.   A status conference shall be held in this matter via zoom on April 5, 2022, at 10:00

a.m. The Court will provide the parties with a video link in advance of the conference.

                                    **BY THE COURT:**

                                    /s/ Jeffrey L. Schmehl
                                    Jeffrey L. Schmehl, J.