IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

MARTIN J. WALSH, SECRETARY OF LABOR
UNITED STATES DEPARTMENT OF LABOR,

                                Civil Action No.  5:20-cv-04265

v.

BENE MARKET, LLC, NATIONAL BROKERS OF
AMERICA, INC., ALAN REDMOND, and STEPHANIE
MILLER

## ORDER

      This matter coming before the Court on the request of Defendants for an extension, to

March 25, 2022, of the document production compliance due under the Court's March 1, 2022

Order, and the Plaintiff not opposed to Defendants' request, the request is GRANTED.

                            **BY THE COURT:**

                            **/s/ Jeffrey L. Schmehl**
                            Jeffrey L. Schmehl, J.

                            Date:  **March 23, 2022**

132117115.1