**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MARTIN J. WALSH, SECRETARY OF  :
LABOR, UNITED STATES DEPARTMENT :
OF LABOR,          :
               :  CIVIL ACTION
    Plaintiff,       :
               :  No. 20-4265
               :
    v.          :
               :
BENE MARKET, LLC, et al,    :
               :
    Defendants.

**ORDER**

   **AND NOW**, this 5th day of April, 2022, after a status conference with counsel, it is

hereby **ORDERED** as follows:

   1. A status conference shall be held in this matter via zoom on June 1, 2022, at 2:00

p.m. The Court will provide the parties with a video link in advance of the conference; and

   2. A hearing shall be held on Plaintiff's Second Motion for Sanctions on June 30, 2022,

at 10:30 a.m. in the Courtroom of the undersigned, The Gateway Building, 201 Penn Street,

Reading, Pennsylvania.

         **BY THE COURT:**

         __*/s/ Jeffrey L. Schmehl*___
         Jeffrey L. Schmehl, J.