IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SCALIA** | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **BENE MARKET, LLC et al** | : | NO.:  20-cv-4265 |
| | : | |

O R D E R

AND NOW, this 24th day of **MAY 2022**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned referral judge is reassigned from the calendar of U.S. Magistrate Judge Timothy R. Rice to the calendar of U.S. Magistrate Judge Lynne A. Sitarski for settlement.

FOR THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

*Kate Barkman*
KATE BARKMAN
Clerk of Court