**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARTIN J. WALSH, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,                Plaintiff, <br><br> v. <br><br> BENE MARKET, LLC, NATIONAL BROKERS OF AMERICA, INC., ALAN REDMOND, and STEPHANIE MILLER <br><br>                Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No.  5:20-cv-04265 <br><br>   JURY TRIAL DEMANDED |

**JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

The parties respectfully request that the discovery deadline in this matter be extended through to July 31, 2022, and Plaintiff offers the following information in support of this Motion:

1. In an Order dated March 1, 2022, the Court ordered that all discovery in this matter be completed by June 30, 2022.

2. The parties had scheduled the remaining depositions in this case for May 31, June 1, and June 6 through 8, 2022, with "overflow days" set aside in the last week of June.

3. During the depositions that took place on May 31 and June 1, Defense Counsel learned that are likely additional documents responsive to Plaintiff's discovery requests that have not been produced.  Counsel for Defendants proposed postponing the depositions scheduled for June 6-8, while they locate the additional documents.  Plaintiff's counsel agreed to postpone the remaining depositions so that the additional documents can be produced prior to those depositions taking place.

4. Plaintiff's counsel will be traveling internationally on June 10, 2022, and will not return to the office until June 27, 2022. As a result, even if Defendants produce the additional documents prior to currently scheduled "overflow" days set aside for depositions at the end of June, Plaintiff's counsel will not have sufficient time to review them with her client prior to any rescheduled depositions, or to complete her deposition preparation using this additional information.

5. In order for Defendants to have sufficient time to search for and produce these additional documents, and for Plaintiff's counsel to have sufficient time to review those documents with her client prior to the rescheduled depositions, additional time is needed to complete discovery.

6. Therefore, the parties respectfully request that the current discovery deadline be extended to July 31, 2022.

Respectfully submitted,

Post Office Address:

Oscar L. Hampton III
Regional Solicitor
Office of the Solicitor
U.S. Department of Labor
1835 Market Street
Philadelphia, PA 19103
Fax: (215) 861-5162

Date: June 6, 2022

Seema Nanda
Solicitor of Labor

*/s/ Jennifer L. Bluer*
Jennifer Bluer
Senior Trial Attorney
bluer.jennifer.l@dol.gov
(215) 861-5146

U.S. DEPARTMENT OF LABOR
Attorneys for Plaintiff

2