**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARTIN J. WALSH, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.  5:20-cv-04265 |
| v. | ) ) ) | JURY TRIAL DEMANDED |
| BENE MARKET, LLC, NATIONAL BROKERS OF AMERICA, INC., ALAN REDMOND, and STEPHANIE MILLER | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Upon consideration of the parties' Joint Motion for Extension of Time to Complete

Discovery, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**

and all discovery in this matter will be completed on or before July 31, 2022.


**SO ORDERED.**

BY THE COURT:


June 7, 2022          /s/ Jeffrey L. Schmehl
Date                  HON. Jeffrey L. Schmehl