**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MARTIN J. WALSH, SECRETARY OF       :
LABOR, UNITED STATES DEPARTMENT   :
OF LABOR,                                :
                                           :    CIVIL ACTION
         Plaintiff,               :
                                           :    No. 20-4265
                                           :
     v.                                    :
                                           :
BENE MARKET, LLC, et al,            :
                                           :
         Defendants.

**ORDER**

       **AND NOW**, this 8th day of June, 2022, it is hereby **ORDERED** that the hearing shall be

held on Plaintiff's Second Motion for Sanctions on June 30, 2022, at 10:00 a.m. (not 10:30 a.m.)

in the Courtroom of the undersigned, The Gateway Building, 201 Penn Street, Reading,

Pennsylvania. **Note: This is time change only.**

                                      **BY THE COURT:**

                                   *__/s/ Jeffrey L. Schmehl___*
                                   Jeffrey L. Schmehl, J.