**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MARTIN J. WALSH, SECRETARY OF     :
LABOR, UNITED STATES DEPARTMENT  :
OF LABOR,     :
    :   CIVIL ACTION
    Plaintiff,     :
    :   No. 20-4265
    v.     :
    :
BENE MARKET, LLC, et al,     :
    :
    Defendants.

## ORDER

**AND NOW**, this 23rd day of June, 2022, it is hereby **ORDERED** that the hearing shall

be held on Plaintiff's Second Motion for Sanctions on July 7, 2022, at 10:00 a.m. (rescheduled

from June 30) in the Courtroom of the undersigned, The Gateway Building, 201 Penn Street,

Reading, Pennsylvania.

**BY THE COURT:**

    */s/ Jeffrey L. Schmehl*
Jeffrey L. Schmehl, J.