**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARTIN J. WALSH, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | : : : | |
| | : | CIVIL ACTION |
| Plaintiff, | : : | No. 20-4265 |
| v. | : : | |
| BENE MARKET, LLC, et al, | : : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 29th    day of July, 2022, it is hereby **ORDERED** as follows:

1.  The parties shall participate in a settlement conference with the Honorable Lynne A. Sitarski no later than September 30, 2022; and

2.  A telephone status conference shall be held in this matter on September 22, 2022, at 3:30 p.m. The parties shall dial in to the conference at 888-204-5984 and use access code 3221457.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.