## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARTIN J. WALSH, SECRETARY OF :
LABOR, UNITED STATES DEPARTMENT :
OF LABOR, :
 : CIVIL ACTION
   Plaintiff, :
 : No. 20-4265
 v. :
 :
BENE MARKET, LLC, et al, :
 :
   Defendants.

### ORDER

**AND NOW**, this  15th   day of September, 2022, upon receipt of correspondence from Defendant's counsel, it is hereby **ORDERED** as follows:

1.  All discovery in this matter shall be completed by September 30, 2022; and

2.  The status conference previously scheduled for September 22, 2022, is rescheduled to October 20, 2022, at 2:30 p.m. The parties shall dial in to the conference at 888-204-5984 and use access code 3221457.

    **BY THE COURT:**


    **/s/ Jeffrey L. Schmehl**
    Jeffrey L. Schmehl, J.