## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARTIN J. WALSH, SECRETARY OF     :
LABOR, UNITED STATES DEPARTMENT  :
OF LABOR,                          :

                      :    CIVIL ACTION

      Plaintiff,          :

                      :    No. 20-4265

     v.                :

                      :

BENE MARKET, LLC, et al,       :

      Defendants.

## ORDER

**AND NOW**, this  20th  day of October, 2022, after a status conference held with

counsel, it is hereby **ORDERED** as follows:

1. All dispositive motions in this matter shall be filed by December 16, 2022; and

2. A telephone status conference shall be held on January 4, 2023, at 2:30 p.m. The

parties shall dial in to the conference at 888-204-5984 and use access code 3221457.

                         **BY THE COURT:**

                         /s/ Jeffrey L. Schmehl
                         Jeffrey L. Schmehl, J.