# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARTIN J. WALSH, SECRETARY OF  :
LABOR, UNITED STATES DEPARTMENT  :
OF LABOR,  :
    :   CIVIL ACTION
    Plaintiff,  :
    :   No. 20-4265
    :
    v.  :
    :
BENE MARKET, LLC, et al,  :
    :
    Defendants.

## ORDER

**AND NOW**, this  2nd   day of December, 2022, upon receipt correspondence from counsel, it is hereby **ORDERED** as follows:

1. All dispositive motions in this matter shall be filed by February 1, 2023; and

2. A telephone status conference shall be held on January 11, 2023, at 2:00 p.m. The parties shall dial in to the conference at 888-204-5984 and use access code 3221457.

**BY THE COURT:**


**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.