BRUCE L. CASTOR, JR.
ATTORNEY ID NO.: 46370
TIMOTHY E. POSSENTI
PA ATTORNEY ID NO.: 76478
VAN DER VEEN, HARTSHORN & LEVIN
1219 Spruce Street
Philadelphia, PA 19107
(215)-546-1000
tpossenti@mtvlaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| VINCE MICONE, SECRETARY OF LABOR | : | |
| UNITED STATES DEPARTMENT OF LABOR | : | |
| **Plaintiff,** | : | **Civil Action no. 5:20-cv-4265** |
| | : | |
| **v.** | : | **NOTICE OF APPEAL** |
| | : | |
| BENE MARKET, LLC, NATIONAL BROKERS | : | |
| OF AMERICA, INC, ALAN REDMOND, and | : | |
| STEPHANIE MILLER | : | |

Stephanie Miller appeals to the United States Court of Appeals for the 3rd Circuit from the

order denying her Motion to Open and/or Strike Judgment entered on March 30, 2026.

This appeal is timely filed within 60 days of the entry of the Order pursuant to Fed. R. App.

P. 4(a)(1)(B)(iii) as the Plaintiff is an officer of the United States.

Respectfully Submitted,

**VAN DER VEEN, HARTSHORN, LEVIN & LINDHEIM**

By:     /s/ Bruce L. Castor
        BRUCE L. CASTOR, JR.
        PA  ATTORNEY ID NO.: 46370


         /s/ Timothy E. Possenti
        TIMOTHY E POSSENTI
        PA ATTORNEY ID NO.: 76478

1219 Spruce Street
Phila, PA 19107
215-546-1000
tpossenti@mtvlaw.com

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that this filing complies with the provisions of the Federal Rules that prohibit filing confidential information and documents that contain personal information.


**VAN DER VEEN, HARTSHORN, LEVIN & LINDHEIM**


By:       /s/ Timothy E. Possenti
Timothy E. Possenti

April 30, 2026

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VINCE MICONE, SECRETARY OF LABOR, | : |
| UNITED STATE DEPARTMENT OF LABOR, | : |
| | : |
| Plaintiff, | : **CIVIL ACTION** |
| | : |
| vs. | : **No. 5:20-cv-4265** |
| | : |
| BENE MARKET, LLC, NATIONAL | : |
| BROKERS, OF AMERICAN, INC, ALAN | : |
| REDMOND, AND STEPHANIE MILLER | : |
| | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I, Timothy E. Possenti, Esquire, do hereby certify that a true and correct copy of the Defendant's Notice of Appeal has been served upon the following persons via the e-filing system in accordance with the Rules of Civil Procedure:

**Kyle D. Stelmack**
Trial Attorney
Office of the Solicitor
U.S. Department of Labor
Mailstop SOL/22
Philadelphia, PA 19103
Attorney for Plaintiff
Email: Stelmack.Kyle.D@dol.gov
(215) 861-4856
(215) 861-5162 (fax)

**Austin S. Brunson**
Office of the Solicitor
United States Department of Labor
1835 Market Street
Mailstop SOL/22
Philadelphia, PA 19103
Email: Brunson.Austin.s@dol.gov
Attorney for Plaintiff

**Alexander Edward Gosfield**
Department of Labor
1835 Market Street
Ste Mailstop SOL/22
Philadelphia, PA 19103
Email: Gosfield.Alexander.E@dol.gov
Attorney for Plaintiff

**William Richard Allen Rush**
Rush Law Group
38 N. 6th Street
P.O. Box 0758
Reading, PA 19603-0758
Email: wrush@rushlawberks.com
Attorney for Defendant

**Norman M. Valz**
Law Offices of Norman M. Valz, P.C.
490 Norristown Road Ste 151
Blue Bell, PA 19422
Email: nvlaz@msn.com
Attorney for Defendant

**VAN DER VEEN, HARTSHORN, LEVIN & LINDHEIM**

April 30, 2026        By:        /s/ Timothy E. Possenti
                                  Timothy E. Possenti