## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEITH E. SONDERLING,                          )
ACTING SECRETARY OF LABOR,                    )
UNITED STATES DEPARTMENT OF LABOR,[1]         )
                                              )
    Plaintiff,                            )
                                              )
    v.                                    ) Civil Action No. 20-4265
                                              )
BENE MARKET, LLC, NATIONAL BROKERS            )
OF AMERICA INC., ALAN REDMOND, and            )
STEPHANIE MILLER,                             )
                                              )
    Defendants.                           )
                                              )

## MOTION FOR DAMAGES HEARING

Plaintiff, Acting Secretary of Labor, United States Department of Labor, files this Motion requesting a hearing on damages in the above-captioned matter. As the Court has granted Plaintiff's Motion for Summary Judgment on all issues other than the amount of back wages and liquidated damages due to Defendants' employees (ECF No. 114) and denied Defendant Stephanie Miller's Motion to Open and/or Strike Summary Judgment (ECF No. 138), the only issue currently pending before the Court is the amount of damages owed by Defendants. Plaintiff therefore requests that a hearing on this issue be scheduled at the Court's earliest convenience.[2]

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Keith E. Sonderling, Acting Secretary of Labor, is substituted as Plaintiff.

[2] On April 30, 2026, Defendant Stephanie Miller filed a Notice of Appeal of the Court's Order denying her Motion to Open and/or Strike Summary Judgment. (ECF No. 139). This appeal is improper. As the issue of damages remains outstanding there was no "final decision" of the Court for Defendants to appeal. *See* 28 U.S.C. § 1291. Moreover, the appealed order was not properly certified for an interlocutory appeal. *See* 28 U.S.C. § 1292(b). Even assuming, *arguendo*, that Defendant Miller's appeal was a proper interlocutory appeal, such an appeal does not stay proceedings in the District Court. *Id.*

Respectfully submitted,

Mailing Address:

U.S. Department of Labor
Office of the Regional Solicitor
1835 Market Street
Mailstop SOL/22
Philadelphia, PA 19103

(215) 861-5141 (voice)
(215) 861-5162 (fax)

stelmack.kyle.d@dol.gov

Date: July 6, 2026

**UNITED STATES DEPARTMENT OF LABOR**

Jonathan Berry
Solicitor of Labor

Samantha N. Thomas
Regional Solicitor

Adam Welsh
Wage and Hour Counsel

*/s/ Austin Brunson*
Austin Brunson
Trial Attorney

*/s/ Kyle D. Stelmack*
By: Kyle D. Stelmack
Trial Attorney

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on July 6, 2026, I electronically filed *Plaintiff's Motion for Damages Hearing*, with the Clerk of Court by using the CM/ECF system which will provide notice and electronic link to this document to all attorneys of record.

/s/ Kyle D. Stelmack
Kyle D. Stelmack
Trial Attorney