## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EUGENE SCALIA, SECRETARY OF     :
LABOR, UNITED STATES DEPARTMENT  :
OF LABOR,                     :
                              :    CIVIL ACTION
        Plaintiff,           :
                              :    No. 20-4265
                              :
        v.                  :
                              :
BENE MARKET, LLC, et al,      :
                              :
        Defendants.

## ORDER

**AND NOW**, this 27th day of July, 2026, upon consideration of Plaintiff's Motion for Hearing (ECF No. 140), **IT IS HEREBY ORDERED** that the motion is **GRANTED** and a hearing on damages shall be held on **Wednesday, September 2, 2026, at 1:30 PM** in the courtroom of the undersigned, The Gateway Building, 201 Penn Street, Fifth Floor, Reading, Pennsylvania.

                           **BY THE COURT:**

                           */s/ Jeffrey L. Schmehl*___
                           **Jeffrey L. Schmehl, J.**