**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EUGENE SCALIA, : | |
| SECRETARY OF LABOR, : | |
| UNITED STATES DEPARTMENT OF LABOR, : | |
| Plaintiff, : | |
| : | |
| v.              : | Civil No. 5:20-cv-04265-JLS |
| : | |
| BENE MARKET, LLC, *et al.*, : | |
| Defendants.     : | |

**ORDER**

**AND NOW,** this 3rd day of August, 2026, **IT IS HEREBY ORDERED** that the hearing on damages previously scheduled for Wednesday, September 2, 2026, at 1:30 PM (ECF No. 141), is rescheduled to **Thursday, September 3, 2026, at 2:00 PM** in the courtroom of the undersigned, The Gateway Building, 201 Penn Street, Fifth Floor, Reading, Pennsylvania.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**