**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EUGENE SCALIA,<br>SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br>Plaintiff,<br><br>v.<br><br>BENE MARKET, LLC, *et al.*,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil No. 5:20-cv-04265-JLS |

**ORDER**

**AND NOW,** this 31st day of August, 2026, **IT IS HEREBY ORDERED** that the hearing on damages scheduled for Thursday, September 3, 2026 shall be held at **1:30 PM** instead of 2:00 PM. This is a time change only.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**