**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

KEITH E. SONDERLING
ACTING SECRETARY OF LABOR
UNITED STATES DEPARTMENT OF LABOR, :
Plaintiff, :
:
v. : Civil No. 5:20-cv-04265-JLS
:
BENE MARKET, LLC, et al., :
Defendants. :

**ORDER**

**AND NOW,** this 3rd day of September, 2026, **IT IS HEREBY ORDERED** as follows:

1. Defendant Alan Redmond's motion for continuance of the September 3, 2026, damages hearing (Dkt. No. 149) is **DENIED** as moot.
2. William R.A. Rush and Norman M. Valz's motion to withdraw as counsel for Bene Market, LLC; National Brokers of America, Inc.; and Alan Redmond (Dkt. No. 141) is **DENIED**.
3. Stephanie Miller's motion for leave to file a crossclaim for indemnification (Dkt. No. 145) is **DENIED**.
4. Bruce L. Castor Jr.'s oral motion to withdraw as counsel for Stephanie Miller is **GRANTED**.
5. The deadline to file any written responses to the evidence presented at the September 3, 2026, damages hearing is **Friday, September 11, 2026**.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**